**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 01-6321**

─────────

LORENZO MAURICE JOHNSON,

                              Petitioner - Appellant,

        versus

J. E. GUNJA, Warden,

                              Respondent - Appellee.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-01-473-WMN)

─────────

Submitted:  May 17, 2001            Decided:  May 29, 2001

─────────

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Lorenzo Maurice Johnson, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lorenzo Maurice Johnson appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Johnson v. Gunja, No. CA-01-473-WMN (D. Md. Feb. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED